**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 SIERRA CLUB,                                        No.  CV 13-02656 NC

9          Plaintiff,                                **ORDER**

10    v.

11 US DEPT OF STATE JOHN KERRY,

12          Defendant.

13                                                    /

14 GOOD CAUSE APPEARING THEREFOR,

15       IT IS ORDERED that this case is reassigned to the **Honorable Phyllis J. Hamilton** in the

16 **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall bear

17 the **initials PJH** immediately after the case number. All hearing dates presently scheduled are

18 vacated and motions should be renoticed for hearing before the judge to whom the case has been

19 reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20 magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21 for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22 Civ. P. 72(b).

23

24                                          FOR THE EXECUTIVE COMMITTEE:

25

26 Dated:  June 20, 2013

                                            Richard W. Wieking

27 rev 4-12                                  Clerk of Court

28